| | |
|---|---|
| Naomi B. Spector (SBN 222573)<br>Email: nspector@kamberlaw.com<br>KAMBERLAW, LLP<br>3451 Via Montebello, Ste. 192-212<br>Carlsbad, CA 92009<br>Phone: 310.400.1053<br>Fax: 212.202.6364<br><br>*Attorneys for Plaintiff Jade Burnett, and the Putative Class*<br><br>[additional counsel listed on signatory page] | Naoki S. Kaneko (SBN 252285)<br>Email: nkaneko@shb.com<br>Thomas V. Wynsma (SBN 293713)<br>Email: twynsma@shb.com<br>Sarah Garbuzov (SBN 345909)<br>Email: sgarbuzov@shb.com<br>SHOOK, HARDY & BACON, L.L.P.<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614<br>Phone: 949.475.1500<br>Fax: 949.475.0016<br><br>*Attorneys for Defendant, Walmart, Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE BURNETT, individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART, INC.,<br><br>    Defendant. | Case No.: 4:25-cv-00228-YGR<br><br>**CLASS ACTION**<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]**<br><br>Assigned to: Hon. Yvonne Gonzalez Rogers<br><br>Action Filed: January 7, 2025 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jade Burnett and Defendant Walmart, Inc. hereby stipulate and agree to the dismissal of this action with prejudice as to Plaintiff Jade Burnett's individual claims and without prejudice as to the claims of the proposed class members.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: May 6, 2025 | Respectfully submitted,<br><br>KAMBERLAW, LLP<br><br>By: *Naomi B. Spector*<br>       Naomi B. Spector<br><br>*Attorneys for Plaintiff Jade Burnett* |

Dated: May 6, 2025                              SHOOK, HARDY & BACON, L.L.P.

                                                By: *Naoki S. Kaneko*
                                                    Naoki S. Kaneko
                                                    M. Kevin Underhill
                                                    Thomas V. Wynsma
                                                    Sarah G. Garbuzov

                                                *Attorneys for Defendant Walmart, Inc.*

M. Kevin Underhill (SBN 208211)
Email: kunderhill@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94104
Phone: 415.544.1900
Fax: 415.391.1400

## **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

Date: May 6, 2025                               By: *Naomi B. Spector*
                                                    Naomi B. Spector

---

2

STIPULATION OF DISMISSAL                        Case No. 4:25-cv-00228-YGR